UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Bradley Silverstein and                          Case No. 16-51103-TJT
Brandy Silverstein,                              Chapter 7
                                                 Hon. Thomas J. Tucker
                    Debtors.
_____/

## CERTIFICATE OF SERVICE

I certify that on May 17, 2018, I served copies as follows:

Document Served:      Objection to Application for Payment from Unclaimed
                      Funds

Served Upon:          Brian J. Dilks, Managing Member
                      Dilks & Knopik, LLC
                      35308 SE Center Street
                      Snoqualmie, WA 98065

Method of Service:    First Class Mail

                                    /s/ Christine T. Leach, Legal Assistant
                                    Steinberg Shapiro & Clark
                                    Attorneys for Debtors
                                    25925 Telegraph Rd., Suite 203
                                    Southfield, MI 48033
                                    (248) 352-4700
                                    cleach@steinbergshapiro.com