Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 16−51103−tjt
Chapter: 7
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   Bradley Jay Silverstein                           Brandy Lynn Silverstein
   5761 Snowshoe Cr.                                 5761 Snowshoe Cr.
   Bloomfield Hills, MI 48301                Bloomfield Hills, MI 48301

Social Security No.:
   xxx−xx−5755                                         xxx−xx−8106

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*102* – Ex Parte Motion to Pay Unclaimed Dividends to Nationstar in the amount of $13,464.16 . (Attachments: # 1 Exhibit # 2 Proposed Order) (Dilks, Brian)

will be held on: 6/6/18 at 09:00 AM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 5/18/18

                                                            BY THE COURT

                                                            Katherine B. Gullo, Clerk of Court
                                                            U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                             Eastern District of Michigan
In re:                                                             Case No. 16-51103-tjt
Bradley Jay Silverstein                                            Chapter 7
Brandy Lynn Silverstein
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0645-2        User: mvozn              Page 1 of 1        Date Rcvd: May 18, 2018
                            Form ID: nthrgBK         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db/jdb         +Bradley Jay Silverstein,    Brandy Lynn Silverstein,   5761 Snowshoe Cr.,
                 Bloomfield Hills, MI 48301-1948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25325877       +E-mail/Text: cmecf@dilksknopik.com May 18 2018 22:20:37       Dilks & Knopik, LLC,
                 35308 SE Center Street,   Snoqualmie, WA 98065-9216
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Kim  Morden Rattet    on behalf of Creditor    Bayview Loan Servicing, LLC. easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Kim  Morden Rattet    on behalf of Creditor    M & T Bank easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Kim  Morden Rattet    on behalf of Creditor    U.S. Bank Trust, N.A. easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Mark H. Shapiro    on behalf of Debtor Bradley Jay Silverstein shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Joint Debtor Brandy Lynn Silverstein shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Michael I. Zousmer    on behalf of Joint Debtor Brandy Lynn Silverstein michael@zlawplc.com,
               tina@zlawplc.com
              Michael I. Zousmer    on behalf of Debtor Bradley Jay Silverstein michael@zlawplc.com,
               tina@zlawplc.com
              Rodney M. Glusac    on behalf of Trustee Wendy Turner Lewis rodg@brgpc.com
              Rodney M. Glusac    on behalf of Attorney    Rodney M. Glusac/Bernardi, Ronayne & Glusac, P.C.
               rodg@brgpc.com
              Ryan  Byrd    on behalf of Creditor    Caliber Home Loans, Inc. bankruptcyMW@orlans.com,
               ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Shawn C. Drummond    on behalf of Creditor    Ocwen Loan Servicing, LLC easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Tracy M. Clark    on behalf of Debtor Bradley Jay Silverstein clark@steinbergshapiro.com
              Tracy M. Clark    on behalf of Joint Debtor Brandy Lynn Silverstein clark@steinbergshapiro.com
              Wendy Turner Lewis    wtl@trustesolutions.net,  trustee@lewistrustee.com
                                                                                                 TOTAL: 14