UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

**BRADLEY & BRANDY SILVERSTEIN**     *Case No.: 16-51103-TJT*
*Chapter 7*
*Honorable THOMAS J. TUCKER*

_____Debtor (s)_____/

**NOTICE OF UNDER $5.00 DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $0.15 represents the total sum of under 45.00 dividends in this estate to date and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| **CREDITOR NAME** | **CLAIM NO:** | **AMOUNT OF DIVIDEND** |
|---|---:|---:|
| MARFLAX INVESTORS, LLC<br>2035 Hogback, Suite 103<br>Ann Arbor, MI 48105 | 12 | $.05 |
| MARFLAX INVESTORS, LLC<br>2035 Hogback, Suite 103<br>Ann Arbor, MI 48105 | 13 | $.05 |
| CHASE<br>PO Box 469030<br>Glendale, CO 80246 | 14 | $.05 |
| | | |

Dated: September 8, 2018

/s/ WENDY TURNER LEWIS (P39505)
Chapter 7 Trustee
444 West Willis, Suite 101
Detroit, MI 48201
313/832.5555
wtlewis@ameritech.net